McGREGOR W. SCOTT
United States Attorney
BENJAMIN B. WAGNER
Assistant U.S. Attorney
501 I Street, suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     v.                       )<br>                              )<br>MARIO R. MARTINEZ,            )<br>                              )<br>          Defendant.          )<br>_____) | No. Cr. S-92-074 DFL<br><br>MOTION FOR LEAVE TO DISMISS<br>PURSUANT TO RULE 48(a);<br>ORDER |

    The United States of America hereby moves pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for leave to dismiss the Indictment in this case. In support thereof, the United States represents as follows:

    This case was indicted on February 12, 1992. The defendant, Mario Ruben Martinez, was charged with multiple counts of mail fraud and false statements in connection with an alleged series of government contract frauds. The defendant fled to Canada, and then to Argentina, and never appeared in this district.

    Extradition proceedings were initiated against the defendant in Argentina in the 1990s. I was informed that the courts there authorized his extradition, but that the defendant reportedly escaped from prison in Argentina. He is believed to no longer be in

Argentina.

Over 13 years have passed since the defendant was indicted in this case. None of the prosecutors who had direct contact with this case are still employed in this office. I have discussed this matter with the case agent from DCIS, and he agrees that the evidence is stale, witnesses have moved or died, and that it currently appears unlikely that the defendant will be apprehended and brought to this district in the near future. Accordingly, the Government seeks leave to dismiss the indictment in this case.

Date: April 27, 2005

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

/S/ Benjamin Wagner
By:_____
BENJAMIN B. WAGNER
Assistant U.S. Attorney

```
McGREGOR W. SCOTT
United States Attorney
BENJAMIN B. WAGNER
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. Cr. S-92-074 DFL |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER DISMISSING INDICTMENT |
| ) | |
| MARIO R. MARTINEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The United States has moved pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for leave to dismiss the Indictment. Good cause having been shown, leave to dismiss the Indictment is **GRANTED**, and the Indictment is hereby **DISMISSED**.

DATE: 4/29/2005

_____
DAVID F. LEVI
United States District Judge

3